CATHARINE M. GALLAGHER et al., Respondents, *v.* THE
KINGSTON WATER COMPANY, Appellant.

*Gallagher* v. *Kingston Water Co.,* 25 App. Div. 82, affirmed.
(Argued October 29, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered January
28, 1898, affirming a judgment in favor of plaintiffs
entered upon a verdict.

*A. T. Clearwater* for appellant.

*John G. Van Etten* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER,
JJ. Not sitting: PARKER, Ch. J., and LANDON, J.

---

SUSAN BURCHELL, Respondent, *v.* HENRY H. VOGHT, Appellant,
Impleaded with Another.

*Burchell* v. *Voght,* 35 App. Div. 190, affirmed.
(Argued October 30, 1900; decided November 16, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 21, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Moses Shire* for appellant.

*Henry F. Allen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
CULLEN and WERNER, JJ.